NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | Case No.   3:02-cr-00045 (JWS) |
| MICHAEL JOE D. DAVIS, | PETITION FOR WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus | PROSEQUENDUM |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

MICHAEL JOE D. DAVIS, who is imprisoned by the State of Alaska Department of Corrections, at Anchorage Correctional Center-East, is a defendant in a certain cause now pending before this court, to wit: United States of America v. MICHAEL JOE D. DAVIS, Case No. 3:02-cr-0045 (JWS), which is necessary to schedule an arraignment/initial appearance on a petition to revoke supervised release.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

RESPECTFULLY SUBMITTED this day, October 4, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061