

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue #28, Room 170
Anchorage, Alaska 99513-7568

To: U.S. District Court
U.S. Attorney
U.S. Probation
Federal Public Defender

From: Randy M. Johnson
United States Marshal
District of Alaska

Reference: **_Prisoner in STATE Custody with Federal Detainer_**

NAME: Davis, Michael Demetrius

DATE OF BIRTH: 9/16/80

CHARGE: Probation Violation

CASE NUMBER: A02-0045CR (JWS)

PLACE HELD: ACC-E

DATE OF DETAINER: 10/4/06

REMARKS: Subject is in state custody with an active federal detainer. U.S. Marshals will notify once subject is in federal custody and available for court.

BOOKED IN ENGLISH: YES  X    NO _____

Language:

**Please call Richard Snyder at (907) 271-4374 in regards to this notice of arrest. Thank you.**