PROB 12C
(7/93)

# United States District Court
## for the
## District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

FILED
DEC 1 6 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| | |
|---|---|
| Name of Offender: Michael Joe D. Davis | Case Number: A02-0045-CR (JWS) |
| Sentencing Judicial Officer: | John W. Sedwick, Chief U.S. District Judge |
| Date of Original Sentence: | July 11, 2002 |
| Original Offense: | Possession with Intent to Distribute a Controlled Substance |
| Original Sentence: | 41 months imprisonment with 3 years supervised release |
| Date Supervision Commenced: | October 24, 2004 |
| Asst. U.S. Attorney: Stephan Collins | Defense Attorney: Kevin Fitzgerald |

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on October 31, 2005, the defendant plead No Contest to Attempted Vehicle Theft in the First Degree, and was sentenced to 180 days jail with 90 days suspended. This is verified through a District Court Judgment for the State of Alaska, case number 3AN-05-9187-CR. This violation is a Grade C violation. |
| 2 | The defendant has violated the Standard Condition of Supervision "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that on November 5, 2005, the defendant failed to submit a monthly report for October, 2005. This is a Grade C violation. |
| 3 | The defendant has violated the Standard Condition of Supervision "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month," in that on December 5, 2005, the defendant failed to submit a monthly report for November, 2005. This is a Grade C violation. |

-1-

20

*Petition for Warrant or Summons*
*Name of Offender* : Michael Joe D. Davis
*Case Number* : A02-0045-CR (JWS)

| | |
|---|---|
| 4 | The defendant has violated the Standard Condition of Supervision "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer," in that on September 29, 2005, the defendant was arrested for Theft 1st degree, MICS 3rd Possession of Controlled Substance and Vehicle Theft 1st degree, by the Anchorage Police Department. This is verified through Anchorage Police Report number 05-44408, and the defendant has never reported this arrest to his probation officer. This is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:


Respectfully submitted,

**REDACTED SIGNATURE**

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: December 5, 2005

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer


THE COURT ORDERS

[✓] The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

*Petition for Warrant or Summons*
*Name of Offender*        :    Michael Joe D. Davis
*Case Number*             :    A02-0045-CR (JWS)

[ ]    The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]    Other:

**REDACTED SIGNATURE**

_____
John W. Sedwick
Chief U.S. District Court Judge

12-7-05
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.



A02-0045-CR (JWS)    12-16-05

S. COLLINS (US ATTY)
US MARSHAL
US PROBATION
MAGISTRATE JUDGE ROBERTS
DEP N/USM CY

-3-

# United States District Court
### for the
## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case Number: A02-0045CR (JWS) |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| Michael Joe D. Davis | ) | |

I, Beth A Mader, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Michael Joe D. Davis, and in that capacity declare as follows:

On October 24, 2004, the defendant was released from prison and commenced supervised release. On December 2, 2005, his probation officer met with him at his new employment, Nissan Car Dealership, to review again his conditions of probation.

During a routine office visit on February 4, 2005, the defendant was instructed to report all addresses and phone numbers on his monthly supervision report, even if he just stays there for one night. The defendant stated he understood.

On March 15, 2005, the defendant reported new employment with Subway.

During a routine office visit on June 3, 2005, the defendant was once again instructed on the need to update his secondary residence where he resides part of the time with his current girlfriend. The defendant stated he understood.

On October 31, 2005, the defendant was plead no contest to Attempted Vehicle Theft in the First Degree, in the District Court for the State of Alaska, this is confirmed by case number 3AN-05-9187CR, state court judgment.

On November 5, 2005, the defendant failed to turn in his monthly supervision report for the month of October, 2005.

On November 9, 2005, probation officer Mader ran the defendant in APSIN at which time, it indicated the defendant was arrested on September 29, 2005, and charged with Theft 1st degree, Controlled Substance in the 3rd degree and Vehicle Theft in the 1st degree. On this same date, Officer Mader ran the defendant in the state system OTIS which indicated the

defendant's legal status was an inmate at the Cordova Center.

On November 9, 2005, Officer Mader requested and received the Anchorage Police Report number 05-44408, which confirmed the defendant was arrested by the Anchorage Police Department on September 29, 2005 for Theft in the 1st degree, MICS in the 3rd degree and Vehicle Theft in the 1st degree.

On November 10, 2005, the defendant was released from the Cordova Center and has not reported to the U.S. Probation Office since.

On December 5, 2005, the defendant failed to turn in his monthly supervision report for November, 2005.

Executed this 5th day of December, 2005, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**

Beth A Mader
U.S. Probation Officer