## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA      v.      MICHAEL JOE D. DAVIS

THE HONORABLE JOHN W. SEDWICK           CASE NO. 3:02-cr-00045-JWS

   Deputy Clerk                              Official Recorder

   Linda Christensen

APPEARANCES:    for PLAINTIFF:   ----

                  for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

       Evidentiary/Disposition Hearing re Petition to Revoke Supervised Release is hereby scheduled for **Monday, October 16, 2006 at 9:45 a.m.** in Courtroom 1 before U.S. District Judge H. Russel Holland.

DATE: October 11, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: lc
Deputy Clerk

[FORMS*IA*]