MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. <u>MICHAEL JOE D. DAVIS</u>  CASE NO. <u>3:02-cr-00045-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE:                <u>MATTHEW D. JAMIN</u>

DEPUTY CLERK/RECORDER:               <u>APRIL KARPER</u>

UNITED STATES ATTORNEY:              <u>STEPHAN COLLINS</u>

DEFENDANT'S ATTORNEY:                <u>MARY GEDDES -APPOINTED</u>

U.S.P.O.:                            <u>BETH MADER</u>

PROCEEDINGS: INITIAL APPEARANCE ON REVOCATION OF SUPERVISED
             RELEASE HELD OCTOBER 11, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:05 a.m. court convened.

<u>X</u> Copy of Petition to Revoke given to defendant: waived reading.

<u>X</u> Financial Affidavit **FILED**.
  <u>X</u> Federal Public Defender accepted appointment; FPD notified.

At 10:11 a.m. court recessed until 1:34 p.m.

<u>X</u> Defendant **DENIED** allegations <u>1, 2, 3, and 4 of the Petition to
   Revoke Supervised Release.</u>

<u>X</u> Matter to be referred to U.S. District Judge:
    <u>X</u> Evidentiary Hearing  <u>X</u> Final Disposition Hearing

<u>X</u> Defendant detained.

<u>X</u> Order of Detention Pending Trial **FILED**.

<u>X</u> OTHER: <u>Court and counsel heard re defendant's oral motion to
have the Evidentiary/Disposition Hearing set on as soon as
possible; Court instructed clerk to inform Case Manager. Court
and counsel heard re defense counsels oral motion to release the
defendant to the Cordova Center;</u> **DENIED.**

At 1:52 p.m. court adjourned.

DATE:    <u>October 11, 2006</u>    DEPUTY CLERK'S INITIALS:  <u>amk</u>