RECEIVED
OCT 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# United States District Court
for the
## DISTRICT OF ALASKA

UNITED STATES OF AMERICA )
)
)
)
vs. )
)
)
Michael Joe D. Davis )

Case Number: A02-0045CR (JWS)

**WARRANT FOR ARREST**

TO:  The United States Marshal
and any Authorized United States Officer

      YOU ARE HEREBY COMMANDED to arrest Michael Joe D. Davis and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge

12-7-05
_____
Date

USMS – D/ALASKA – WARRANTS
FID # _110 3042_
WARRANT # _0660-126-0248-0_
Entered NCIC  _12/16/05_
Entered APSIN  _12/16/05_
- - - - - - - - - - - - - - - - -
Removed NCIC  _10/6/06_
Removed APSIN  _10/6/06_

| RETURN OF SERVICE | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: ACC-E. By Detainer. | | |
| Date Received: 12/7/05<br>Date of Arrest: 10/4/06 | Name and title of arresting officer:<br>John Olson DUSM | Signature of arresting officer: |