RECEIVED
U.S. MARSHAL SERVICE
ALASKA
2006 OCT 10 AM 7: 45

RECEIVED
OCT 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) |
| | ) Case No. 3:02-cr-0045 (JWS) |
| MICHAEL JOE D. DAVIS, | ) |
| | ) **WRIT OF HABEAS CORPUS AD** |
| On Writ of Habeas Corpus | ) **PROSEQUENDUM** |
| | ) |
| _____ | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| DISTRICT OF ALASKA | ) |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of MICHAEL JOE D. DAVIS, by you imprisoned and detained as it is said, at Anchorage Correctional Center-East, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling an arraignment/initial appearance on a petition to revoke supervised release, and other proceedings as the Court may desire, thereafter and as necessary in United States v. MICHAEL JOE D. DAVIS, Case No. 3:02-cr-00045 (JWS), now pending before said Court, and that you return said person to the State of Alaska Department of

Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the Court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 5th day of OCTOBER, 2006.

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: REDACTED SIGNATURE
DEPUTY CLERK

MARSHALS RETURN

I hereby certify and return that MICHAEL J.D. DAVIS was transported from ACC-EAST to US COURT on 10/11/2006 ✱ as ordered by the court.

✱ RELEASED TO USMS CUSTODY THIS SAME DATE. WHCAP RETURNED.

RANDY M. Johnson
U.S. MARSHAL

By: _____
Deputy U.S. Marshal