# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.  _Davis_

CASE NO: _3:02-cr-00045-JWS_

---

Defendant  _Michael Joe Davis_ ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

_X_ **Released to** _probation officer for transport to Cordova House_ , ~~the third party custodian(s).~~

_____**Paid cash bail in the amount of** _____ **to the Clerk of Court.**

_____**Posted unsecured bond in the amount of** _____

_____**Posted bond secured by** _____ **property or** _____ **surety in the amount of** _____ **with the Clerk of Court.**

_____**Surrendered passport to the Clerk of Court.**

_____**Other:___** _____

Dated at _Anchorage_ , Alaska this _16_ day of _October_ , 20_06_

REDACTED SIGNATURE

**H. RUSSEL HOLLAND**
**U.S. DISTRICT JUDGE**

Original & 1 cy to U.S. Marshal