Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JOE DEMETRIUS DAVIS,<br><br>　　　　　　　Defendant. | Case No. 3:02-cr-0045-JWS<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE ORDER** |

　　　　Defendant, Michael Joe Demetrius Davis, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a modification of the conditions of release imposed by this court on October 17, 2006.  Specifically, the release order should be modified so as to allow Mr. Davis leave from Cordova Center for employment-related and treatment-related activities, when approved by the federal case manager there.

　　　　The undersigned has spoken with Beth Mader, the Probation Officer, and Stephan Collins, the Assistant United States Attorney, and they do not oppose this request.

　　　　This motion is necessary because the court's release order is interpreted by United States Probation to require a "lockdown" bail status for Mr. Davis at the halfway house facility, until

such time of BOP "designation." BOP itself cannot act until it receives an amended judgment. PO Mader reports that, even when BOP has received the written judgment, BOP has sometimes taken anywhere between a few days to a month to designate a halfway house for community confinement purposes. Accordingly, Mr. Davis is in "bail" status until that time.

Because this court expressly intended that Mr. Davis be released from incarceration and that he be able to seek employment and participate in treatment while at Cordova Center, the court is respectfully requested to approve this motion.

DATED this 18th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on October 18, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Stephan Collins, Esq.

and hand delivered on:

Probation Officer Beth Mader

/s/ Mary C. Geddes