UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL JOE DEMETRIUS DAVIS,<br><br>  Defendant. | Case No. 3:02-cr-0045-JWS<br><br>**PROPOSED<br>ORDER MODIFYING CONDITIONS OF<br>RELEASE ORDER** |

After due consideration of defendant's Unopposed Motion to Modify Conditions of Release Order, the court GRANTS the motion. Mr. Davis is permitted to participate in employment-related and treatment-related activities outside of Cordova Center, subject to prior approval of his federal case manager at Cordova Center.

DATED _____, 2006, in Anchorage, Alaska.

_____
H. Russel Holland
United States District Court Judge