```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs.  MICHAEL JOE D. DAVIS    CASE NO. 3:02-CR-00045-JWS
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:      H. RUSSEL HOLLAND

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID / ELISA SINGLETON

UNITED STATES' ATTORNEY:   STEPHAN COLLINS

DEFENDANT'S ATTORNEY:      MARY GEDDES

U.S.P.O.:                  BETH MADER

PROCEEDINGS: EVIDENTIARY/DISPOSITION ON PETITION TO REVOKE
             SUPERVISED RELEASE (DKT 20) Held 10/16/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:46 a.m. court convened.

 X Defendant **ADMITTED** allegations 2, 3, 4 of the Petition to
   Revoke Supervised Release

 X Allegation 1 of the Petition to Revoke Supervised Release
   **DISMISSED.**

 X Supervised Release revoked.

 X Sentence imposed as stated in the judgment.

 X OTHER: Court and counsel heard re disposition recommendations;
   Release Order signed.

At 10:24 a.m. court adjourned.

DATE:   October 16, 2006        DEPUTY CLERK'S INITIALS:    SCD