UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>MICHAEL JOE D. DAVIS | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 07/11/02 )<br>Case Number: 3:02-CR-00045-JWS<br>Mary Geddes<br>Defendant's Attorney |

Defendant's probation officer filed a petition on 12/16/05 accusing defendant of  4  violations of the conditions of supervision provided in the original judgment. Defendant admitted allegations 2 -4 . All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 2 | Standard | Failed to Submit Rpt | 11/05/05 | C |
| 3 | Standard | Failed to Submit Rpt | 12/05/05 | C |
| 4 | Standard | Failed to Report | 09/29/05 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through  3  of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

OCTOBER 16, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
H. RUSSEL HOLLAND, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

10/18/06
Date

AO245.REV

Defendant: MICHAEL JOE D. DAVIS                Amended Judgment--Page 2 of 3
Case No.:  3:02-CR-00045-JWS

**IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION**

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  TIME SERVED . Upon release from imprisonment, the defendant shall be on supervised release for a term of 24 months. See page 3 for terms and conditions.

[_] The court makes the following recommendations to the Bureau of Prisons:

[_] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
         a.m.
    [_] at _____ p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

**RETURN**

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                            _____
                                            United States Marshal

                                            By _____
                                               Deputy Marshal

AO245.REV

Defendant: MICHAEL JOE D. DAVIS                    Amended Judgment--Page 3 of 3
Case No.:  3:02-CR-00045-JWS

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release is modified as follows:

Within 72 hours of release from custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm or illegal controlled substance, and shall comply with the standard conditions that are included in the judgment issued by the Court. Additionally, as the offense occurred after the effective date of the Violent Crime Control and Law Enforcement Act on September 13, 1994, and the court finds there is a risk of future substance abuse, the defendant shall refrain from all unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter not to exceed 12 tests per month at the direction of the probation officer. The defendant shall also comply with the following special conditions:

1. In addition to the drug testing required by the Violent Crime Control and Law Enforcement Act of 1994, the defendant shall participate in both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment and counseling, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.

2. The defendant shall submit to a warrantless search of his person, residence, vehicle, place of employment at a reasonable time and at a reasonable manner and based upon a reasonable suspicion of the presence of contraband or evidence of a violation of a condition of term of supervised release.  Failure to submit to such searches may be grounds for revocation of supervised release. The defendant shall not reside at any location without first advising other residents of the premises that they may be subject to searches pursuant to this condition.

3. The defendant shall not possess a firearm, destructive device, or other weapon.

4. Upon release from imprisonment the defendant shall reside at the community corrections facility (i.e. Cordova Center) for a period of six months. The defendant shall be eligible for release for work, for treatment, and other reasons pre-approved by his probation officer.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV