UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:02-cr-00045-JWS |
| | ) | |
| vs. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE ORDER |
| MICHAEL JOE DEMETRIUS DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

After due consideration of defendant's Unopposed Motion to Modify Conditions of Release Order at docket 36, the court **GRANTS** the motion. Mr. Davis is permitted to participate in employment-related and treatment-related activities outside of Cordova Center, subject to prior approval of his federal case manager at Cordova Center.

DATED this 27th day of October 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE