PROB 12B
(7/93)

# United States District Court

## for the

## District of Alaska

RECEIVED

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

MAY 2 1 2007

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Michael Joe Davis                     Case Number: A02-045 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:    July 11, 2002

Original Offense:              Possession With Intent to Distribute a Controlled Substance

Original Sentence:             41 months jail, 3 years supervised release

Date Supervision Commenced: October 24, 2004

### PETITIONING THE COURT

[  ]    To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]     To modify the conditions of supervised release as follows:

The defendant shall refrain from the unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the discretion of the probation officer.

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with *U.S. v. Stephens,* No.04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

REDACTED SIGNATURE

Travis Lyons
U.S. Probation Officer
Date:  April 25, 2007

*Request for Modification of Conditions or Term*
*Name of Offender        :        Michael Joe Davis*
*Case Number             :        A02-045 CR (JWS)*

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[  ]    No Action
[  ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[  ]    Other:

_____

_____

# REDACTED SIGNATURE

_____
John W. Sedwick
Chief U.S. District Court Judge

Date:    5-17-07

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Michael J. Davis**                    **Docket No. A02-45 CR (JWS)**

I, Michael J. Davis, have been advised and understand that I am entitled by law to a hearing and
assistance of counsel before any unfavorable change may be made in my conditions of supervised
release or my period of supervision being extended.  By "assistance of counsel," I understand that
I have the right to be represented at the hearing by counsel of my own choosing if I am able to
retain counsel.  I also understand that I have the right to request the Court to appoint counsel to
represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own
choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also
agree to the following modification of my conditions of supervised release or to the proposed
extension of my term of supervision: The defendant shall refrain from the unlawful use of
controlled substances and shall submit to one drug test within 15 days of release on supervision
and at least two periodic drug tests thereafter, not to exceed 12 tests per month, at the discretion
of the probation officer.

Signed: _____        Date: ___5/14/07___
                Michael J. Davis
                Probationer or Supervised Releasee

Witness: ___Redacted Signature___        Date: ___5/14/07___
                Travis Lyons
                U.S. Probation/Pretrial Services Officer