```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>MICHAEL JOE D. DAVIS</u>    CASE NO. <u>3:02-CR-00045-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>            JOHN D. ROBERTS            </u>

DEPUTY CLERK/RECORDER: <u>           APRIL KARPER              </u>

UNITED STATES' ATTORNEY: <u>         STEPHAN COLLINS            </u>

DEFENDANT'S ATTORNEY: <u>          MARY GEDDES - APPOINTED      </u>

U.S.P.O.: <u>                       TRAVIS LYONS                 </u>

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 43) HELD MARCH 24, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:37 a.m. court convened.

<u>X</u> Copy of Petition to Revoke Supervised Release given to
   defendant.

<u>X</u> Defendant sworn.

<u>X</u> Defendant stated true name: <u>Michael Joe Dematrius Davis</u>

<u>X</u> Defendant advised of general rights.

<u>X</u> Financial Affidavit **FILED**.

  <u>X</u> Federal Public Defender accepted appointment; FPD notified.

<u>X</u> Defendant **DENIED** allegations <u>1-5 of the Petition to Revoke</u>
   <u>Supervised Release.</u>

<u>X</u> Matter was referred to U.S. District Judge for:
   <u>X</u> Evidentiary Hearing; defendant requested an expedited
       hearing.

<u>X</u> Order Setting Conditions of Release **FILED**.

<u>X</u> OTHER: <u>Court and counsel heard re plaintiff's oral motion to</u>
<u>release the defendant to the Cordova Center with work release;</u>
**GRANTED**; <u>U.S. Probation Officer to transport defendant once a bed</u>
<u>becomes available. Court and counsel heard re Defendant's oral</u>
<u>motion to release the defendant on his own recognizance;</u> **DENIED.**

At 10:03 a.m. court adjourned.

DATE: <u>        March 24, 2008        </u>    DEPUTY CLERK'S INITIALS: <u>  AMK  </u>

Revised 6-18-07