≈AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>Michael Joe D. Davis | **WARRANT FOR ARREST**<br><br>Case Number:  A02-045 CR (JWS) |

**RECEIVED**
MAR 2 1 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Michael Joe Davis _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation           ☒ Supervised Release    ☐ Violation Notice
  Violation Petition    Violation Petition      Violation

charging him or her with   (brief description of offense)
The defendant has allegedly failed to show for drug testing on five separate occasions.

in violation of Title _____ United States Code, Section(s) _____

| John W. Sedwick | Redacted Signature |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Chief U.S. District Court Judge | Anchorage |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

ARRESTED AT USPO.

| DATE RECEIVED<br>03/21/2008 | NAME AND TITLE OF ARRESTING OFFICER<br>DAVID LONG  SDUSM | SIGNATURE OF ARRESTING OFFICER<br>SDUSM |
|---|---|---|
| DATE OF ARREST<br>03/21/2008 | | |