NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-CR-00045-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO DISMISS PETITION |
| | ) | TO REVOKE |
| | ) | |
| MICHAEL JOE DAVIS, | ) | [Filed on Shortened Time] |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States Probation Office filed a petition to revoke the period of supervised release for Michael Joe Davis.  The petition contains five allegations that the defendant failed to appear for drug testing as required by the conditions of supervision.  On March 24, 2008, the defendant appeared and entered denials to the allegations and the Court ordered the defendant detained until a space became

available for the defendant at the community corrections center.

Following the hearing, the defendant and the United States Probation Office entered into a mutually satisfactory resolution, pursuant to which the defendant has agreed to a 60 day period of home confinement as a condition of supervision. As a result, the United States Probation Office has requested that the United States move to dismiss without prejudice the petition to revoke filed at Docket 43. If the

//

//

//

//

//

//

Court grants this motion, the Court should order the immediate release of the defendant.

RESPECTFULLY SUBMITTED this 24th day of March, 2008, in Anchorage, Alaska.

                                        NELSON P. COHEN
                                      United States Attorney

                                        s/Stephan A. Collins
                                        Assistant U.S. Attorney
                                        222 West 7th Ave., #9, Rm. 253
                                        Anchorage, AK 99513-7567
                                        Phone: (907) 271-5071
                                        Fax: (907) 271-1500
                                        E-mail: stephan.collins@usdoj.gov
                                        AK # 8911061

**CERTIFICATE OF SERVICE**
I hereby certify that on March 24, 2008
a copy of the foregoing was served
electronically:

Mary C. Geddes, counsel for Davis

s/ Stephan A. Collins
Office of the U.S. Attorney