IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-CR-00045 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | [Proposed] ORDER ON |
| vs. | ) | MOTION TO DISMISS |
| | ) | PETITION TO REVOKE |
| | ) | |
| MICHAEL JOE DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Upon the motion of the United States, IT IS ORDERED that the petition to revoke supervised release field at Docket 43 is dismissed without prejudice and the defendant is hereby released from the conditions of release set forth at Docket 51.

Entered this ____ day of March, 2008 at Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge
District of Alaska.