Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JOE DEMETRIUS DAVIS,<br><br>　　　　　　Defendant. | Case No. 3:02-cr-0045-JWS<br><br>**NOTICE OF FILING<br>CORRECTED PROPOSED ORDER** |

　　　　Defendant, Michael Joe Demetrius Davis, by and through counsel Mary C. Geddes, Assistant Federal Defender, filed herewith an amended proposed Order on Motion to Dismiss Petition to Revoke.  A proposed order was previously submitted by the government at Docket 53; however, that order was mistakenly addressed for signature by Judge Sedwick.  The attached proposed order is correctly addressed for Judge Roberts's signature.

///

///

///

///

DATED this 25th day of March, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 25, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Stephan Collins, Esq.

/s/ Mary C. Geddes