UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL JOE DEMETRIUS DAVIS,<br><br>　　　　　Defendant. | Case No. 3:02-cr-0045-JWS<br><br>**PROPOSED**<br>**ORDER ON MOTION TO DISMISS**<br>**PETITION TO REVOKE** |

　　　　Upon the motion of the United States, IT IS ORDERED that the petition to revoke supervised release, filed at Docket 43, is dismissed without prejudice and the defendant is hereby released from the conditions of release set forth at Docket 51.

　　　　DATED March _____, 2008, in Anchorage, Alaska.


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge