PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

RECEIVED
MAR 2 5 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael J. D. Davis                Case Number: A02-045 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   July 11, 2002

Original Offense:   Possession With Intent to Distribute a Controlled Substance

Original Sentence:   41 months jail, three years supervised release

Date Supervision Commenced: December 2, 2004

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant will participate in a home confinement program with Electronic Monitoring for a period not to exceed 60 days. The defendant will be allowed to attend religious services, doctor appointments, employment, and other events as determined appropriate by the probation office.

## CAUSE

On December 2, 2004, the defendant was sentenced for Possession With Intent to Distribute a Controlled Substance to 41 months jail and three years supervised release. On October 16, 2006, the defendant's supervision was subsequently revoked for various Grade C violations and he was sentenced to time served and an additional two years supervised release. His new term of supervised release started on May 1, 2007.

Since then, the defendant has failed to show for urine testing on at least four occasions between the dates of February 6, 2008 and March 19, 2008.

*Request for Modification of Conditions or Term*
*Name of Offender*        :        Michael J. D. Davis
*Case Number*          :        A02-045 CR (JWS)

Respectfully submitted,

**REDACTED SIGNATURE**

Travis Lyons
U.S. Probation/Pretrial Services Officer
Date: March 24, 2008

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other: _____

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge
Date: 3-24-08

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Michael J. D. Davis                                     Docket No. A02-045 CR (JWS)

    I, _Michael J. D. Davis_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant will participate in a home confinement program with Electronic Monitoring for a period not to exceed 60 days. The defendant will be allowed to attend religious services, doctor appointments, employment, and other events as determined appropriate by the probation office.

Signed: _[signature]_                                     Date: _3/24/08_
    Michael J. D. Davis
    Probationer or Supervised Releasee

Witness: _REDACTED SIGNATURE_                             Date: _3/24/08_
    Travis Lyons
    U.S. Probation/Pretrial Services Officer