IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-CR-00045-JWS-JDR |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING |
| | ) | PETITION TO REVOKE |
| vs. | ) | SUPERVISED RELEASE |
| | ) | |
| MICHAEL JOE DAVIS, | ) | (Document 43) |
| | ) | |
| Defendant. | ) | |
| | ) | |

Upon the motion of the United States,

IT IS ORDERED that the petition to revoke supervised release filed at document 43 is dismissed without prejudice. Mr. Davis may be released from custody.

Entered this <u>Twenty-fifth</u> day of March, 2008 at Anchorage, Alaska.

   /s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge