UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )   CASE NO. 3:02-CR-00045-JWS-JDR
v.                                  )
                                    )   **RELEASE ORDER**
DAVIS, MICHAEL JOE D.               )
                                    )
            Defendant.              )
_____)

TO:   UNITED STATES MARSHAL

    Defendant, MICHAEL JOE D. DAVIS, has this date met the bail conditions indicated below and is ordered discharged from custody.

| | |
|---|---|
| __ | Released to , the third party custodian; |
| __ | Paid cash bail in the amount of  to the Clerk of Court; |
| __ | Posted unsecured bond in the amount of ; |
| __ | Posted bond secured by property or surety in the amount of  with the Clerk of Court; |
| __ | Surrendered passport to the Clerk of Court; |
| X  | Other.  <u>Upon motion of the US Government.</u> |

    Dated at Anchorage, Alaska, this 25th day of March, 2008.

                                      IDA ROMACK, Clerk of Court

                                      **REDACTED SIGNATURE**
                                      Deputy Clerk

RELEASE ORDER
[302cr45JWS JDR Release Order.wpd]{RELEASE.WPD*Rev.2/97}