PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
SEP 1 0 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Michael J. D. Davis                     Case Number: A02-045 CR (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   July 11, 2002

Original Offense:   Possession With Intent to Distribute a Controlled Substance

Original Sentence:   41 months jail, three years supervised release

Date Supervision Commenced: December 2, 2004

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

The defendant will reside at the Cordova Center for a period not to exceed 45 days and will abide by all rules/regulations of the Cordova Center.

### CAUSE

On December 2, 2004, the defendant was sentenced for Possession With Intent to Distribute a Controlled Substance to 41 months jail and three years supervised release. On October 16, 2006, the defendant's supervision was subsequently revoked for various Grade C violations and he was sentenced to time served and an additional two years supervised release. His new term of supervised release started on May 1, 2007.

Since then, the defendant has failed to show for urine testing on at least four occasions between the dates of July 12, 2008 and September 5, 2008. The defendant has also failed to notify the probation officer of his actual physical address between the dates of August 18, 2008 and September 5, 2008.

*Request for Modification of Conditions or Term*
*Name of Offender         :         Michael J. D. Davis*
*Case Number              :         A02-045 CR (JWS)*

                                                          Respectfully submitted,

                                                          REDACTED SIGNATURE

                                                          Travis Lyons
                                                          U.S. Probation/Pretrial Services Officer
                                                          Date: September 5, 2008

Approved by:

**REDACTED**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other:

_____

_____

                                             **REDACTED**

                                             John W. Sedwick
                                             Chief U.S. District Court Judge
                                             Date: 9.10.08

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Michael J. D. Davis**                                Docket No. A02-045 CR (JWS)

    I, __Michael J. D. Davis__, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

The defendant will reside at the Cordova Center for a period not to exceed 45 days and will abide by all rules/regulations of the Cordova Center.

Signed: _[signature]_     Date: 9/9/08
Michael J. D. Davis
Probationer or Supervised Releasee

Witness: **REDACTED SIGNATURE**     Date: 9-9-08
Travis Lyons
U.S. Probation/Pretrial Services Officer